UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                              MISC. NO. 05-X-73172

    -vs-

                              HON. PAUL D. BORMAN

BESSIE CALHOUN-WATTS,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE IRS SUMMONS

Petitioner having advised the Court that respondent, Bessie Calhoun-Watts, has complied with the Internal Revenue Service Summons served upon her on May 2, 2005;

IT IS HEREBY ORDERED that the petition to enforce IRS summons brought against respondent, Bessie Calhoun-Watts, by the petitioner is hereby dismissed without prejudice and without costs.

                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: April 20, 2006

### CERTIFICATE OF SERVICE
Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 20, 2006.

                                              S/Jonie Parker
                                              Case Manager